

**EXHIBIT 1**

April 22, 2018

Warren Riley
305 Brookhaven Avenue, NE
Brookhaven, Georgia 30319

Warren:

I am pleased to offer you the unclassified position of Director of the Public Safety and Homeland Security for the City of New Orleans. This position is of "at will" service to the City and without privilege of Civil Service standing.

The salary for this position is herein offered at $180,000 annually. This salary is paid bi-weekly and is subject to applicable federal and state withholdings. The City offers a mandatory pension plan, along with optional medical, dental and vision health care plan, life insurance, various voluntary deferred compensation plans, and other benefits.

This offer is conditional upon the successful completion of a background check and drug screening. Upon your confirmation and acceptance of this offer of employment, background screening will commence. If you accept this offer, please indicate below and complete the attached background check authorization. Return both documents to offers@forwardtogetherneworleans.com.

Should you need any additional information, please feel free to contact my Chief of Staff, John Pourciau, at 225-247-2833.

Sincerely,

LaToya Cantrell
Mayor-Elect

To accept this job offer, please sign and date below. Return via email to offers@forwardtogetherneworleans.com.

Signature: _Warren J Riley_   Date: 4/22/18