| | | |
|---|---|---|
| **WARREN RILEY** | * | **CIVIL ACTION NO. 19-13950** |
| **VERSUS** | * | |
| | * | **SECTION   "S"** |
| **LATOYA CANTRELL, individually** | * | **JUDGE LEMMON** |
| **and in her official capacity as Mayor of** | * | |
| **the City of New Orleans and** | * | **MAG. DIV.   (5)** |
| **THE CITY OF NEW ORLEANS** | * | **MAGISTRATE JUDGE NORTH** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

**IT IS HEREBY ORDERED,** that Defendants, LaToya Cantrell, individually and in her official capacity as Mayor of the City of New Orleans, and the City of New Orleans, (collectively "Defendants"), be allowed an additional fifteen (15) days from January 13, 2020 to file responsive pleadings in the captioned matter.

NEW ORLEANS, LOUISIANA, this **13th** day of **January 2020**.

_____
**U.S. DISTRICT JUDGE**