UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

WARREN RILEY                                           CIVIL ACTION

v.                                                     NO. 19-13950

LATOYA CANTRELL, ET AL.                                SECTION "F"

ORDER

A settlement conference is scheduled for December 16, 2021, at 1:30 p.m. IT IS ORDERED: that, not later than December 10, 2021, counsel for each party shall email to efile-feldman@laed.uscourts.gov a confidential position paper. The settlement position paper concisely shall address the scope of detrimental-reliance damages, a summary of prior settlement discussions including submission of prior settlement offer or response letters, and the party's settlement position.[1]

New Orleans, Louisiana, November 18, 2021

_____
MARTIN L. C. FELDMAN
UNITED STATES DISTRICT JUDGE

---

[1] Counsel shall convey counsel's and the client's genuine evaluation of the case, litigation risk, and estimated value of the detrimental reliance claim as well as any special valuations of or offers to resolve the client's stake in the case.